**From:** Mashburn, Randal [rmashburn@bakerdonelson.com]
**Sent:** Friday, December 16, 2011 4:20 PM
**To:** Robert J. Mendes
**Cc:** Rowland, John
**Subject:** RE: Daily meeting the other day…

Bob,
I believe the settlement agreement obligates the Daily Trusts rather than Greg Daily individually to reimburse the bankruptcy estate in the event there are any unintended tax consequences of the type you mentioned. Therefore, I don't really understand the concern about the creditworthiness of Daily individually.  (My impression is that the income will be reported in a way that will never cause this to be an issue anyway but, to the extent it does become an issue, I believe it is the Daily Trusts that will have the responsibility.)  I haven't gone back and studied all the documents carefully on this point, but that is my recollection of the transaction.  If you have a different interpretation, please let us know.  Thanks.
   Randal

---

**From:** Robert J. Mendes [mailto:rjm@mglaw.net]
**Sent:** Friday, December 16, 2011 1:35 PM
**To:** Mashburn, Randal; Rowland, John
**Subject:** Daily meeting the other day…

Randal and John,

Thank you for taking the time to meet with me on Wednesday. Regarding what you explained about things being on track with Scott Shows and that you don't expect a delta on the taxes of more than $50,000 one way or the other in the aggregate, while that is a higher potential variance than I hoped for, I nevertheless appreciate your efforts to manage the process.  Most importantly, I am glad that I can count on you to help me ensure there are no greater surprises.

One thing that occurred to me is that while the three of us were in agreement that Daily would need to pay any tax consequences from the GRAT from Jan 1st to closing since he took all the benefits of the GRAT, should we be concerned regarding his creditworthiness if there are any tax consequences? That concern occurred to me while we were chatting because I got the impression that Daily was structuring himself to be judgment proof in the future. Perhaps this is moot since there may be no tax consequences from the GRAT, but if you think this is something we should be concerned about, please let me know.

Bob



**Robert J. Mendes**
2525 West End Avenue, Suite 1475
Nashville, Tennessee 37203
615.846.9020 – Direct
615.574.6020 – Fax
@bobmglaw – Twitter
**www.mglaw.net**

This e-mail may contain PRIVILEGED and CONFIDENTIAL information. Any disclosure, copying, distribution or other use of this information except by the intended recipient(s) is prohibited. If you have received this transmission in error, please delete it and immediately notify the sender by return e-mail. Thank you.

Under requirements imposed by the IRS, we inform you that,
if any advice concerning one or more U.S. federal tax issues is contained
in this communication (including in any attachments and, if this communication is by email, then
in any part of the same series of emails), such advice was not intended or written by the sender or by
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of
(1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending
to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law.
It is not intended for transmission to, or receipt by, any unauthorized persons.
If you have received this electronic mail transmission in error,
please delete it from your system without copying it, and notify the sender by reply e-mail,
so that our address record can be corrected.